**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| YEISON DANIEL CARRERO-GUERRERO | CIVIL DOCKET NO. 26-2630 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN WINN CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that instant petition be **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 8th day of October, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE